IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR H. VILLANUEVA, | 1:11-cv-01050-GBC (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| M. D. BITER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 24, 2011, Plaintiff submitted a motion to proceed in forma pauperis, however, the motion did not have the proper authorization to withdraw funds from Plaintiff's account. (Doc. 2). On July 7, 2011, the Court ordered Plaintiff to file a new application to proceed in forma pauperis and sent Plaintiff the correct form. (Doc. 5). On July 18, 2011, Plaintiff responded that he already submitted the form and sent a copy of the application he sent on June 24, 2011. (Doc 6). As to date, Plaintiff has not paid the $350.00 filing fee, or submitted the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Once again, the correct form will be sent to Plaintiff to comply with the Court's order.

///
///
///

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:     September 15, 2011

UNITED STATES MAGISTRATE JUDGE