# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR H. VILLANUEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>M. D. BITER, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01050-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN ANSWER TO THE COMPLAINT WITHIN THIRTY DAYS |

Plaintiff Oscar H. Villanueva is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 15, 2016, Defendants' motion to dismiss the complaint based on qualified immunity was denied. (ECF No. 40.) Accordingly, within **thirty (30)** days from the date of service of this order, Defendants shall file an answer to the complaint.

IT IS SO ORDERED.

Dated: **July 19, 2016**

UNITED STATES MAGISTRATE JUDGE

1