# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR H. VILLANUEVA,<br><br>    Plaintiff,<br><br>v.<br><br>M. D. BITER, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01050-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 44] |

Plaintiff Oscar H. Villanueva is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the dispositive motion deadline, filed June 27, 2017.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted to and including July 12, 2017, in which to file a dispositive motion.

IT IS SO ORDERED.

Dated: **June 28, 2017**

UNITED STATES MAGISTRATE JUDGE

1