# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR H. VILLANUEVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. D. BITER, et al.,<br><br>　　　　Defendants. | Case No.: 1:11-cv-01050-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR AN EXTENSION OF DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 46) |

On July 11, 2017, Defendants' filed a second motion for an extension of the deadline to file a dispositive motion as a witness been off work due to a family issue and counsel has been unable to reach the witness using the contact information provided to have him finalize a declaration in support of the motion.

Based on the foregoing, and finding good cause, IT IS HEREBY ORDERED that the deadline by which Defendants must file a dispositive motion is extended to August 14, 2017.

IT IS SO ORDERED.

Dated: __**July 11, 2017**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1